Home and Hospital of the Daughters of Israel, Inc., Respondent, v. President and Directors of The Manhattan Company, Respondent, and Anne Reager et al., as Administrators of the Estate of Roy Leviton, Deceased, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.

■

The People of the State of New York, Respondent, v. Walter C. Swift and George Bartlam, Appellants.— Judgments unanimously affirmed. No opinion. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.

■

Valarie Thomas, Appellant, v. Benjamin Murphy et al., Respondents.— Order unanimously modified so as to strike out the second and third defenses and, as so modified, affirmed, with $20 costs and disbursements to the appellant, with leave to replead. The defenses are insufficient in failing to allege defendants' compliance with the contract and the law in the sale of goods stored. The plea of limited liability asserted in the third defense is unavailable to defendants in an action for conversion. Settle order on notice. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.

■

The People of the State of New York, Respondent, v. John H. Bahrenburg, Also Known as H. Barry and Hans Bahrenburg, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.

■

In the Matter of Stephen Murray et al., Appellants, against Joseph D. McGoldrick, as State Rent Administrator, Respondent.— Order entered March 16, 1953, unanimously affirmed, with $20 costs and disbursements to the respondent, and the appeal from the order entered April 20, 1953, unanimously dismissed. No opinion. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.

■

Elisabeth B. Hale, Respondent, v. Bernard R. Hale, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.

■

George Ginsberg et al., Appellants, v. Henlor Realty Corporation, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.